IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ANNIE L. BEE                                                                                          PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 3:06-cv-00407-TSL-JCS

UNITED STATES, DEPARTMENT
OF VETERAN AFFAIRS, ANNIE MACK,
EMMA BAILEY, LAKEWOOD MEMORIAL
PARKS AND FUNERAL HOME, and JOHN DOES A-G                DEFENDANTS

ORDER OF DISMISSAL

THIS DAY this cause came on to be heard on the Motion, *ore tenus*, of the Plaintiff for a Final Order, dismissing her suit; and it being made known to this Court that all claims have been fully compromised and settled by Defendants paying to Plaintiff a sum of money satisfactory to Plaintiff in return for all parties execution of an agreed upon release from any and all claims arising out of the subject incident, and all parties consenting to the entry of Final Judgment and agreeing that this cause should be dismissed; this Court, being fully advised in the premises, does find that said Motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Plaintiff's claims in this cause by and the same are hereby dismissed.

SO ORDERED AND ADJUDGED, this the 30 day of _____Mar_____, 2007.

_____
U. S. MAGISTRATE JUDGE

ORDER PREPARED BY:

J. Howard Thigpen, Esq. (99690)
THIGPEN LAW FIRM
16 Northtown Drive, Suite 200-B
Jackson, Mississippi 39211
Phone: (601) 957-7776
Fax: (601) 957-7769
E-Mail: thigpen@thigpenlawfirm.com

ATTORNEY FOR PLAINTIFF